



Exhibit 5







