http://theinspirationroom.com/daily/2010/nike-boom-sports/


EXHIBIT 11

# Nike Boom Sports

Posted on September 28, 2010 by Duncan

Nike is running a new multi-sport brand campaign around the theme "Boom". The Nike BOOM iPhone app syncs music to training workouts, with motivational support from elite athletes and coaches. The TV advertising campaign features Adrian Peterson, Robinson Cano, Serena Williams, Manny Pacquiao, Bo Jackson and Nick Saban.

Nick Saban shows up for the big hit with Hope Solo and Robinson Cano. Click on the image below to play the High School Football video in YouTube (HD)

### *Nike* Commercial - *Boom* (Nick Saban) - YouTube

*www.youtube.com/watch?v=osxe85uUuCo*Sep 26, 2010 - 18 sec - *Nike* High School football commercial entitled "*Boom*" that features Alabama head coach Nick Saban"

## Credits

The Boom campaign was developed at Wieden+Kennedy, Portland by creative directors Ryan O'Rourke and Alberto Ponte, copywriter Karl Lieberman, art director James Moslander, producer Jen Dennis, account team Ryan Johnson, Rob Archibald, Jason White and Courtney Nelson, executive creative directors Mark Fitzloff and Susan Hoffman, agency executive producer Ben Grylewicz.

Filming was shot by director Brian Beletic via Smuggler with executive producer Lisa Rich, line producers Leanne Amos, Paula Cohen and Cory Berg, directors of photogrphy Linus Sandgren and Igor Jadu Lillo.

Editors were Angus Wall and David Brodie at Rock Paper Scissors with post producer Mike Goble, post executive producers Linda Carlson and Cassie Hulen.

VFX were produced at The Mill, New York, by VFX supervisors Aaron Grove, Kathy Siegal, Arielle Davis, Flame artist Giles Cheetham, VFX producer Lee Pavey.

Sound and music were produced by Squeak E. Clean, with composer Brent Nichols, sound designer Brian Emrich at Trinitite Studios and executive producer Zack Sinick. Sound was mixed at Eleven Sound by Jeff Payne with executive producer DJ Fox-Engstrom.

Advertisement

Get Your FREE 2012 Credit Score NOW
789
CLICK HERE!
TransUnion

HOME   JOBS   EVENTS & APPEARANCES   TALENT GALLERY

SUBSCRIBE TO MAGAZINE   NEWSL

# ADWEEK



**Data Points: Big Screen**
In spite of online streaming, we're still going to the movies



**This Cereal's for You**
How a pop star got Kellogg to make product just for him



**Toasting t[he] Mayans**
End of the worl[d] nearing? Make [y]our drink a Shock T[...]



Search

## ADFREAK
MEDIA, ADVERTISING, POP CULTURE & EVERYTHING IN BETWEE[N]

# Nike goes 'Boom!' in new Wieden campaign
## By David Kiefaber

September 29 2010   Advertising & Branding       Like       0

Topics:
Kiefaber, Nike, Wieden

AdFreak on Facebook
Like   23,889

0   Recommend on Google

Follow @adfreak   60.5K followers

**30 Freakiest Ads of 20[...]**