Case: 1:12-cv-00448-CAB Doc #: 1-6 Filed: 02/24/12 1 of 16. PageID #: 37

http://inside.nike.com/blogs/usnikefootball/2010/10/05/say-boom



INSIDE NIKEFOOTBALL

# SAY BOOM

05 OCTOBER 2010

Check out the newest Nike BOOM commercial to see Robinson Cano, Bo Jackson, Adrian Peterson, Rick Ross, Nick Saban, Ndamukong Suh, Tim Tebow, Lebron James, Max Seibald, Serena Williams, Hope Solo and Manny Pacquiao show you what it means to make a BOOM moment. Go to Nike.com to tell the world about your own game changing play and get in the game for a chance to win a pair of Trainer 1.2 Mids. Check out the new commercial and submit your own BOOM moment.

**POPULAR TAGS**

| | |
|---|---|
| athletes | featured |
| teams | training |
| 5d2f | 7on7 |
| ndamukong | sparq |
| 6man | calendar |



Nike recently launched a new series of commercials with the theme of "Boom". Some big-time cameo appearances include Rick Ross, Bo Jackson, Nndamukong Suh, Tim Tebow and Robinson Cano who each celebrate that magical moment in sports. Whether it be sticking that landing, that huge open field hit or that knockout punch, each illicit the notion of "Boom".

## POPULAR POST


Snoop Dogg – Sitting by the Water | Video
22 hours ago


Supreme 2012 Spring/Summer Collection
3 days ago


A History of Stussy x Nike Collaboration
1 day ago


Yasiin Bey (Mos Def) – Niggas in Poorer | Video
1 day ago


Nike SB Dunk High "Guinness"
12 hours ago


Nike Introduces Flyknit Technology
1 day ago


Nike Unveils Nike+ Basketball and Training Technology
23 hours ago


Hopen Place by Whipple Russell Architects
1 day ago


Essentials: Craig Ford
1 day ago


J. Cole – Grew Up Fast
1 day ago

## LATEST JOBS



Like    76 people like this. Be the first of your friends.

**BOOM is a moment that changes the game, it can be that burst of speed down the line, a goal saving tackle or a clean volley into the top corner. These are the moments that all footballers want to create and the fans want to see, they are the essence of sport, everyone wants more BOOM...**

BOOM is the current campaign from Nike for their Pro Combat range, which gives athletes both the physical and mental edge to create game changing moments. The Nike BOOM campaign has recruited such star players as **Wayne Rooney**, **Wesley Sneijder** and **Abou Diaby**, and as we enter the winter months across Europe the importance of performance base layers becomes crucial.



Wayne Rooney Laser IV Competition



Wayne Rooney Interview - Nike T90 Laser IV

Never Miss Out

- RSS for Posts
- Atom
- RSS for Comments

Archives

- February 2012 (20)
- January 2012 (33)
- December 2011 (43)
- November 2011 (35)
- October 2011 (31)
- September 2011 (37)
- August 2011 (41)
- July 2011 (37)
- June 2011 (25)
- May 2011 (31)
- April 2011 (51)

Case: 1:12-cv-00448-CAB  Doc #: 1-6  Filed: 02/24/12  5 of 16.  PageID #: 41
EXHIBIT 24



- November 2008 (19)
- October 2008 (15)
- September 2008 (11)
- August 2008 (4)
- July 2008 (4)
- June 2008 (6)
- May 2008 (8)
- April 2008 (2)

The Nike Pro Combat Hyperwarm range is designed to help keep you warm, even when it's not. It uses a brushed polyester Dri-FIT technical fabric that provides maximum warmth to help keep you dry. A body-skimming fit allows for a thin layer of air to be trapped next to the skin to help keep you warm.



The Nike Pro Combat Core range is an engineered, stretch, body-fitted, first layer. Dynamic fit and superior technical fabrics provide optimal ventilation and moisture management while strategically designed seams offer enhanced comfort for performance.



# Nike BOOM

25 NOVEMBER 2010
tags: boom, featured, ibrahimovic, joe cole

The Nike BOOM app gives you the extra boost you need to take your workouts to the next level. The Nike BOOM app taps into your own music library to intensify your workouts. It even includes motivation from the best athletes in football like Zlatan Ibrahimovic, Joe Cole and more. You can also get encouragement in REAL TIME from your Facebook friends during your workout.

  Dethrone T-Shirts Spring 2012 Collection

Sharing:   You(Tube)



EXHIBIT 07

HOME    CLOTHING    COLLECTIBLES    CULTURE    GEAR    MMA STORE        Search

# Nike Manny Pacquiao "BOOM" T-shirt
April 24th, 2011

The Nike Manny Pacquiao "BOOM" T-shirt shows some praise for the Filipino fighting machine's fists of fury with an explosive graphic inspired by the **Nike Manny Pacquiao BOOM commercial** introduced a few months back. With a series of new signature Pacquiao clothing and fight gear being released in time for Manny's WBO Welterweight World Title fight against "Sugar" Shane Mosley, the "BOOM" tee sums up Pacquiao's style inside the ring with an explosive design. Made from patented Nike Dri-FIT moisture wicking material so it's perfect for casual wear or training.

**UPDATE:** For a closer look at all the latest Manny Pacquiao tees by Nike check out the most recent assortment of styles included in the **Manny Pacquiao Nike T-shirt Collection**.

WALKOUT GEAR

UFC 144: EDGAR vs. HENDERSON

UFC 143: DIAZ vs. CONDIT

UFC on FOX: EVANS vs. DAVIS

UFC 142: ALDO vs. MENDES





**CLICK TO BUY: Nike Manny Pacquiao BOOM T-shirt**

---

MORE: Clothing | Manny Pacquiao | Nike | T-shirts

**Similar Posts**

# FIGHTERXFASHION
## NEWSFEED
Sign Up for Daily Email Updates, Exclusive Contests and Giveaways!

Enter your email address:

Subscribe

## BROWSE BY BRAND
- AFFLICTION
- BAD BOY
- CLINCH GEAR
- DETHRONE
- FORM ATHLETICS
- HAYABUSA
- JACO
- MUSCLEPHARM
- PUNCH BUDDIES
- PUNISHMENT

Case: 1:12-cv-00448-CAB  Doc #: 1-6  Filed: 02/24/12  10 of 16.  PageID #: 46

Account | Email Signup | Help | CBSSports.com |
View Mobile Site

EXHIBIT 29

My Cart ( 0 items ) $0.00

## $4.99 3-DAY SHIPPING | EASY 365-DAY RETURNS

HOME > Philadelphia Phillies Gear > Item Code: 567086

Search  GO

○ Philadelphia Phillies
○ All Items

T-Shirts
Jerseys
Sweatshirts & Fleece
Hats
Sale Items

Accessories
Auto Accessories
Blankets, Bed & Bath
Collectibles



Q ZOOM IN

### Nike Philadelphia Phillies Boom T-shirt - Red
Out of Stock

**Price: $19.95**

**Out of Stock:** We are sorry but this item is out of stock.

Click here to view all Philadelphia Phillies items.

Like    5 people like this. Be the first of your friends.

### Description

Make some noise for your Phillies with this Boom tee by Nike! Its giant front graphic features a Liberty Bel over "BOOM" lettering. It's a surefire way to get

EXHIBIT 30

| | Home | My Cart ( 0 items )  $0.00 |
|---|---|---|
| **FREE SHIPPING & MORE!** Join Fanatics Rewards Club. | My Account FAQs Customer Service Track My Order | ⊙ Connecticut Huskies  ○ All Items |

$4.99 3-DAY DELIVERY    EASY 365-DAY RETURNS

HOME > College > Connecticut Huskies Gear (538 items)

**Featured Depts**
T-Shirts
Jerseys
Sweatshirts & Fleece
Hats
Sale Items

**Departments**
Accessories
Auto Accessories
Blankets, Bed & Bath
Collectibles
Cups, Mugs & Shots
Flags & Banners
Gameday & Tailgate
Golf & More
Hats
Home Office & School
Jackets

**Connecticut Huskies Shop**



**Nike Connecticut Huskies (UConn) vs. Oklahoma Sooners Black 2011 Fiesta Bowl Bound Dueling Boom T-shirt**

Regular Price: $19.95
Sale Price: $13.99

Make some noise for the 2011 Fiesta Bowl as the Huskies and Sooners meet up in Glendale, Arizona to duke it out for ultimate bragging rights with this 2011 Fiesta Bowl Dueling Boom tee by Nike! Its gi...

More Details

48 Items Per Page | Sort By: | Items: 1 - 48

View All Prod

Shop By:
Mens
Ladies
Kids
Newest Arrivals
Sale Items

1 | 2 | 3 | 4 | 5 | ... | 12  N

EXHIBIT 31

**FREE SHIPPING & MORE!**
Join Fanatics Rewards Club.

Home
My Account
FAQs
Customer Service
Track My Order

My Cart ( 0 items ) $0.00



⊙ Stanford Cardinal   ○ All Items

$4.99 3-DAY DELIVERY  | ♻ EASY 365-DAY RETURNS

HOME > College > Stanford Cardinal Gear (381 items)

### Featured Depts
T-Shirts
Jerseys
Sweatshirts & Fleece
Hats
Sale Items

### Departments
Accessories
Auto Accessories
Blankets, Bed & Bath
Collectibles
Cups, Mugs & Shots
Flags & Banners
Gameday & Tailgate
Golf & More
Hats
Home Office & School
Jerseys

### Stanford Cardinal Shop



**Nike Stanford Cardinal vs. Virginia Tech Hokies Black 2011 Orange Bowl Bound Dueling Boom Long Sleeve T-shirt**

Regular Price: $24.95
Sale Price: $16.99

Make some noise for the 2011 Orange Bowl as the Cardinal and Hokies meet up in Miami to duke it out for ultimate bragging rights with this 2011 Orange Bowl Dueling Boom tee by Nike! Its giant front gr...



48 Items Per Page | Sort By: | Items: 1 - 48

View All Produ

**Shop By:**

Mens

Ladies

Kids

Newest Arrivals

Sale Items

1 | 2 | 3 | 4 | 5 | ... | 9  N

EXHIBIT 32



Click Image(s) to Enlarge

Write a Review

Sorry, we no longer carry this item.

If you would like us to try to locate the item above, or any other item, please email Service@CS.FansEdge.com with your request.

| Like | 5 people like this. Be the first of your friends. |
|---|---|
| 0 | Like this? Share the love. |

## Related Categories

Texas Rangers Men's Shirts
Texas Rangers T-Shirts
See this item in all Teams and Styles

 **Officially Licensed**

 **Made By Nike**

- Celebrate the Texas Rangers October success with this Texas Rangers Nike Boom--Antlers--2010 Playoffs Tshirt from Nike. Features full color graphic on the chest and back.
- Easy to wear, easy to wash 100% cotton
- Officially licensed by MLB

**Country of Origin:** USA and/or Imported

All Brands   Product Reviews   Top Products   Videos   Forums

Search:                                                Find It

EXHIBIT 33

**Clothing & Footwear**

Men's Clothing
Men's Footwear
Women's Clothing
Women's Footwear
Boy's Clothing
Boy's Footwear
Girl's Clothing
Girl's Footwear
Kid's Clothing
Kid's Footwear
Infant's & Toddler's Clothing
Infant's & Toddler's Footwear
Eyewear

**Gear & Equipment**

Hiking & Camping
Books & Maps
Climbing
Electronics
Fishing
Hunting
Kayaks & Boating

**Sports**

Baseball
Basketball

# Nike Boom Basketball Hoodie

Home > Boy's Clothing > Fleece & Base Layers
Priced: $17.97 Rated:          - 4 stars out of 5 by 1 review.



Zoom In

This product is **not currently available** from any of the s
that we feature. It was last available on 06/06/2011 from:

     $17.97

   Check Amazon's prices.

   Check eBay's prices.

For your reference, this page contains historical product information. You may click the "Buy Now" button to check product is back in stock.

**Want it cheaper? Set your own price.**
Enter the price you want to pay and we'll email or text we find a store that will sell it for that amount:

Price: $ 

Your email: 

Cell number:                (optional, for text message)



  Welcome! Sign in or register.   *EXHIBIT 34*   My eBay   Sell   Community   Customer Support

All Categories   Search   Advanced

**CATEGORIES**   **ELECTRONICS**   **FASHION**   **MOTORS**   **TICKETS**   **DEALS**   **CLASSIFIEDS**   eBay Buyer Protection Learn

Home > Buy > Clothing, Shoes & Accessories > Children's Clothing & Shoes > Boys-Clothing (Sizes 4-18+) > Sweatshirts, Hoodies







### Nike XS Boy's Hoody Jacket "BOOM" Hoodie NEW 406381-153 Navy

| | |
|---|---|
| Item condition: | New with tags |
| Time left: | 12 days 18 hours (Mar 07, 2012 02:36:09 AM PST) |
| Price: | **US $25.99**   Buy It Now |

Watch this item

| | |
|---|---|
| Shipping: | **FREE shipping**  Read item description or contact seller for details. |
| Returns: | 14 day money back, buyer pays return shipping |

  eBay Buyer Protection Learn more

**View Full Description**

### Top-rated seller

**lacyscloset** (448 ☆ )

99.8% Positive feedback
- Consistently receives highest buyers' ratings
- Ships items quickly
- Has earned a track re of excellent service

Ask a question
Save this seller
See other items

Visit store:  lacyscloset

### Other item info

---

20 items similar to **Nike XS Boy's Hoody Jacket "BOOM" Hoodie NEW 406381-153 Navy**

View as:   List

Sort by   Best Match

| | | Price | Time L |
|---|---|---|---|
| | NEW NIKE STRIPED KIDS BLUE CHILDREN JUNIORS HOODY HOODIE UK SIZE XS S M L XL<br>New | =Buy It Now | $31.32 | 10d 19h |

EXHIBIT 35

**Products** Deals Radar Travel

Search for: | nike boom gloves | **Find it**

related: nike boom football gloves, football gloves boom, design football gloves, more...

## Found it!

Save: Share:

To show Tax and Shipping ,



### Nike Vapor Jet iD Custom BOOM Football Glove - Green
The **Nike** Vapor Jet iD **BOOM** Football **Glove** Exclusive design, tacky grip A lightweight design with premium grip technology, the **Nike** Vapor Jet iD **BOOM** Men's Football **Glove** help...

Keep this on my Radar | Share ▼ | See More ▼

In stock at
Nike Official Store
Trusted Seller
(3)
Coupons & Deals



### Nike Vapor Jet iD Custom BOOM Football Glove - Black
The **Nike** Vapor Jet iD **BOOM** Football **Glove** Exclusive design, tacky grip A lightweight design with premium grip technology, the **Nike** Vapor Jet iD **BOOM** Men's Football **Glove** help...

Keep this on my Radar | Share ▼ | See More ▼

In stock at
Nike Official Store
Trusted Seller
(3)
Coupons & Deals



### Nike Vapor Jet iD Custom BOOM Football Glove - Purple
The **Nike** Vapor Jet iD **BOOM** Football **Glove** Exclusive design, tacky grip A lightweight design with premium grip technology, the **Nike** Vapor Jet iD **BOOM** Men's Football **Glove** help...

Keep this on my Radar | Share ▼ | See More ▼

In stock at
Nike Official Store
Trusted Seller
(3)
Coupons & Deals



### Nike Vapor Jet iD Custom BOOM Football Glove - Blue
The **Nike** Vapor Jet iD **BOOM** Football **Glove** Exclusive design, tacky grip A lightweight design with premium grip technology, the **Nike** Vapor Jet iD **BOOM** Men's Football **Glove** help...

Keep this on my Radar | Share ▼ | See More ▼

In stock at
Nike Official Store
Trusted Seller
(3)
Coupons & Deals