UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **EDWARD W. TOVEY,** | ) | CASE NO.1:12CV448 |
| | ) | |
| **Plaintiff,** | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| Vs. | ) | |
| | ) | |
| **NIKE, INC. ET AL.,** | ) | <u>OPINION AND ORDER</u> |
| | ) | |
| **Defendants.** | ) | |

<u>**CHRISTOPHER A. BOYKO, J:**</u>

This matter is before the Court on the Magistrate Judge's Report and Recommendation that Defendants Nike, Inc. And Wieden +Kennedy's Motion to Strike the Report and Exclude the Testimony of Rhonda Harper, M.B.A. (ECF # 74) be granted.

Neither party has filed an Objection to the Magistrate Judge's Report and Recommendation.  Therefore, the Court must assume the parties are satisfied and any further review would be duplicative and inefficient use of judicial resources. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Therefore, the Court Accepts and Adopts the Magistrate Judge's well reasoned and extensive Report and Recommendation and grants Defendants' Motion to Strike and Exclude Harper's report and testimony.

IT IS SO ORDERED.

<u>s/ Christopher A. Boyko</u>
CHRISTOPHER A. BOYKO
United States District Judge

Dated: July 10, 2014